# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SUSAN QUATTLEBAUM                                                                                    PLAINTIFF

v.                                              No. 4:11CV00019 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered separately today, the Commissioner of the Social Security Administration is reversed, and this action is remanded for further proceedings. This is a sentence four remand.

IT IS SO ORDERED this 15th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE