**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SUSAN QUATTLEBAUM                                                                           PLAINTIFF

v.                                            No. 4:11CV00019 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

Susan Quattlebaum's motion for award of attorney's fees under the Equal Access to Justice Act is GRANTED. Document #25. Without objection, attorney's fees in the amount of $5,832.00 are awarded. Pursuant to *Astrue v. Ratliff*, --- U.S. ----, 130 S. Ct. 2521, 2523, 177 L. Ed. 2d 91 (2010), after Susan Quattlebaum's federal debt, if any, is subtracted, the Court directs that the above award be made payable to the plaintiff, in care of her attorney, David R. Trussell, in accordance with the Commissioner's standard method of issuing payment.

IT IS SO ORDERED this 6th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE